UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB B. BENYAMIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOPGOLF PAYROLL SERVICES, LLC,<br>et al.,<br><br>　　　　Defendant. | No.  2:23-cv-00303-DAD-SCR<br><br>ORDER REQUESTING STATUS REPORT<br>AND TERMINATING DEFENDANTS'<br>MOTION TO DENY CLASS<br>CERTIFICATION<br><br>(Doc. No. 47) |

On August 11, 2025, the parties filed a joint status report where they requested that the court defer ruling on defendants' pending motion to deny class certification (Doc. No. 47) until the parties have completed mediation.  (Doc. No. 58.)  On August 12, 2025, the court granted the parties' request.  (Doc. No. 59.)  On February 18, 2026, the parties filed a stipulation requesting that the court continue the February 23, 2026 initial scheduling conference until a date after their mediation scheduled for March 9, 2026.  (Doc. No. 60.)  On February 18, 2026, the court granted their request and on March 12, 2026, the court continued the date for the initial scheduling conference in this action.  (Doc. Nos. 61, 62.)  The court hereby DIRECTS the parties to file a joint status report regarding mediation no later than fourteen (14) days from the date of entry of this order.  Further, in light of the court deferring its ruling on defendants' motion until after the

/////

1

parties have completed mediation, the court hereby administratively TERMINATES defendants' motion to deny class certification (Doc. No. 47), with that motion to be re-opened if necessary and appropriate.

IT IS SO ORDERED.

Dated:    **March 19, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2